**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, HERBERT S. OLSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>     Plaintiff,<br><br>v.<br><br>SAMUDRA PRIYA DIAS, individually and as Trustee of the Priya Dias Trust, est. May 15, 2003, dba SKYLARK SHORES RESORT MOTEL, and DOES ONE to FIFTY, inclusive,<br><br>     Defendants. | Case No. C-08-3382 EMC<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

   Plaintiff, HERBERT S. OLSON, makes the following substitution of counsel:

1.   **FORMER LEGAL REPRESENTATIVE**: JASON K. SINGLETON,

   SINGLETON LAW GROUP, 611 "L" STREET, SUITE A, EUREKA, CA 95501

2.   **NEW LEGAL REPRESENTATIVE**:   HERBERT S. OLSON, IN PRO PER,

   P.O. BOX 815, FALLON, NV 89406; (775) 423-6163.

CONSENT is hereby given by Plaintiff and his former counsel on the date shown below.

| | |
|---|---|
| Dated:  July 23, 2008 | Dated:  July 25, 2008 |
| | **SINGLETON LAW GROUP** |
| **/s/ HERBERT S. OLSON** | **/s/ JASON K. SINGLETON** |
| HERBERT S. OLSON | JASON K. SINGLETON |

SUBSTITUTION OF ATTORNEY             1             C-08-3382 EMC

**ORDER**

Based upon the above agreement, Plaintiff HERBERT S. OLSON shall be allowed to substitute in *pro se.* All correspondence and filings shall be hereafter served on Plaintiff as follows:

>HERBERT S. OLSON
>P. O. Box 815
>Fallon, NV 89406

Dated:_____    _____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE