**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, HERBERT S. OLSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAMUDRA PRIYA DIAS, individually and as Trustee of the Priya Dias Trust, est. May 15, 2003, dba SKYLARK SHORES RESORT MOTEL, and DOES ONE to FIFTY, inclusive,<br><br>　　　Defendants. | Case No. C-08-3382 EMC<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

　　　Plaintiff, HERBERT S. OLSON, makes the following substitution of counsel:

1.　　**FORMER LEGAL REPRESENTATIVE**: JASON K. SINGLETON, SINGLETON LAW GROUP, 611 "L" STREET, SUITE A, EUREKA, CA 95501

2.　　**NEW LEGAL REPRESENTATIVE**:　　HERBERT S. OLSON, IN PRO PER, P.O. BOX 815, FALLON, NV 89406; (775) 423-6163.

CONSENT is hereby given by Plaintiff and his former counsel on the date shown below.

Dated: July 23, 2008

_(signature)_
HERBERT S. OLSON

Dated: July 25, 2008

**SINGLETON LAW GROUP**

_(signature)_
JASON K. SINGLETON

SUBSTITUTION OF ATTORNEY　　　　　　　　　　1　　　　　　　　　　C-08-3382 EMC