**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, HERBERT S. OLSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, <br><br> Plaintiff, <br><br> v. <br><br> SAMUDRA PRIYA DIAS, individually and as Trustee of the Priya Dias Trust, est. May 15, 2003, dba SKYLARK SHORES RESORT MOTEL, and DOES ONE to FIFTY, inclusive, <br><br> Defendants. | Case No. C-08-3382 EMC <br><br> SUBSTITUTION OF ATTORNEY, *ORDER* |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Plaintiff, HERBERT S. OLSON, makes the following substitution of counsel:

1. **FORMER LEGAL REPRESENTATIVE**: JASON K. SINGLETON, SINGLETON LAW GROUP, 611 "L" STREET, SUITE A, EUREKA, CA 95501

2. **NEW LEGAL REPRESENTATIVE**: HERBERT S. OLSON, IN PRO PER, P.O. BOX 815, FALLON, NV 89406; (775) 423-6163.

CONSENT is hereby given by Plaintiff and his former counsel on the date shown below.

Dated: July 23, 2008

_____
HERBERT S. OLSON

Dated: July 25, 2008

**SINGLETON LAW GROUP**

_____
JASON K. SINGLETON

SUBSTITUTION OF ATTORNEY        1        C-08-3382 EMC

**ORDER**

Based upon the above agreement, Plaintiff HERBERT S. OLSON shall be allowed to substitute in *pro se*. All correspondence and filings shall be hereafter served on Plaintiff as follows:

>HERBERT S. OLSON
>P. O. Box 815
>Fallon, NV 89406

Dated: August 4, 2008

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE