**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

On behalf of Plaintiff, HERBERT S. OLSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No. C 08-3382 EMC |
| Plaintiff, | DECLARATION OF LOST SUMMONS |
| v. | |
| SAMUDRA PRIYA DIAS, individually and as Trustee of the Priya Dias Trust, est. May 15, 2003, dba SKYLARK SHORES RESORT MOTEL, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

On July 14, 2008, the Court filed the Complaint in the within matter and issued a summons to Defendants to be returned to Plaintiff's counsel office for service of process in a priority mailing envelope provided to the Court by Plaintiff's Counsel. The packet of filed documents and issued summons has evidently been lost in the US Mail as it has never been received by this office.

Plaintiff requests the Court reissue a Summons in the within matter for service upon Defendants.

**SINGLETON LAW GROUP**

Dated:   August 11, 2008         /s/ Jason K. Singleton
                                 Jason K. Singleton