FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Herbert S. Olson

Plaintiff(s),

v.

SAMUDRA PRIYA DIAS, individually and as Trustee of the PRIYA DIAS Trust, est. May 15, 2003, dba SKYLARK SHORES Resort MOTEL, and DOES ONE to FIFTY, Inclusive,

Defendant(s).

Case No. C-08-3382 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 07, 2008

Signature

Counsel for: "pro se"
(Name of party or indicate "pro se")