

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON,

    Plaintiff(s),

    v.

SAMUDRA PRIYA DIAS,

    Defendant(s).
                                   /

No. C 08-03382 PJH

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on August 27, 2009, and having failed to file a case management conference statement as ordered by the court on August 5, 2009,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on September 10, 2009 at 2:30 p.m. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

The court further notes that although proof of service of notice on defendant has been filed, it does not indicate exactly what was served on defendant, so that it is impossible to tell whether defendant received notice of the case management conference.

**IT IS SO ORDERED.**

Dated: August 27, 2009

                                          PHYLLIS J. HAMILTON
                                        United States District Judge