UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON,

    Plaintiff,

    v.

SAMUDRA PRIYA DIAS,

    Defendant.
_____/

No. C 08-3382 PJH

**ORDER SETTING ASIDE DEFAULT**

At the case management conference on January 7, 2010, the court discussed with both parties who are proceeding pro se whether they wished to proceed with defendant's motion to set aside the default (docket no. 25). Given plaintiff's non-opposition to the motion, it is GRANTED and defendant's default is set aside. The hearing date of February 10, 2010 is VACATED.

**IT IS SO ORDERED.**

Dated: January 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge