UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON

    Plaintiff(s),

    v.

SAMUDRA PRIYA DIAS,

    Defendant(s).
_____/

No. C 08-3382 PJH

**ORDER OF DISMISSAL**

Pursuant to the request of plaintiff at the October 21, 2010 case management conference, and with defendant's consent, this case is DISMISSED with prejudice based upon the parties' settlement agreement.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge